IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01641-PSF-CBS

MARJORIE STEVENSON,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 13) pursuant to F.R.Civ.P. 41(a)(1)(ii), and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  December 13, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge